No. 89–1852. FURRH v. SABINE TOWING & TRANSPORTATION CO., INC. C. A. 5th Cir. Certiorari denied.

No. 89–1853. SNEPP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–1856. SCARPA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1857. GALLOWAY, ON BEHALF OF GALLOWAY ET AL., MINORS v. LORIMAR MOTION PICTURE MANAGEMENT, INC., ET AL. Ct. App. Ohio, Richland County. Certiorari denied.

No. 89–1859. DEANGELIS v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 89–1861. MIC MAC NATION v. GIESLER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1863. HENRY & WARREN CORP. v. COBBLE HILL NURSING HOME, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 89–1865. GUADALUPE COUNTY v. LORELEI CORP. C. A. 5th Cir. Certiorari denied.

No. 89–1866. FRANKLIN PIERCE LAW CENTER v. GEORGE-TOWN UNIVERSITY. C. A. Fed. Cir. Certiorari denied.

No. 89–1868. OULO O/Y ET AL. v. CALLEN. C. A. 3d Cir. Certiorari denied.

No. 89–1869. INDEPENDENCE BLUE CROSS ET AL. v. U. S. HEALTHCARE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1871. BURK v. BURK. Sup. Ct. N. H. Certiorari denied.

No. 89–1875. CITY OF SANTA ANA v. CONNER ET UX. C. A. 9th Cir. Certiorari denied.